AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thorne, Deborah L. | Bankruptcy Court for the Northern District of Illinois | 07/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 668
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President for Communication and Information Technology | American Bankruptcy Insitute |
| 2. | Board and Executive Committee Member and Member of Governance Committee | Women Employed |
| 3. | Board of Governors | Seventh Circuit Bar Association |
| 4. | Board of Trustees | Am Yisrael Congregation of the Northshore |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | State of Illinois - Wages (Circuit Court of Cook County Judge) |
| 2. 2017 | Cook County - Wages (Circuit Court of Cook County Judge) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 2/1/2017-2/3/2017 | Tampa, FL | Executive Committee Meeting | Transportation, Lodging |
| 2. | American College of Bankruptcy (ACB) | 3/9/17-3/11/17 | Washington, DC | Annual Induction Ceremony and Events | Transportation, Lodging, Food |
| 3. | ABI | 4/20/20-4/23/17 | Washington, DC | Annual Spring Meeting | Transportation, Lodging, Food |
| 4. | ABI | 6/12/17-6/13/17 | Washington, DC | Executive Committee Meeting | Transportation, Lodging |
| 5. | ABI | 9/6/17-9/8/17 | San Diego, CA | Executive Committee Meeting | Transportation, Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thorne, Deborah L. | 07/23/2018 |

| 6. | ACB | 9/15/17 | Chicago | 7th Circuit Fellows Dinner (American College of Bankruptcy) | Food |
|---|---|---|---|---|---|
| 7. | NCBJ | 10/8/17-10/11/17 | Las Vegas, NV | National Conference | Transportation |
| 8. | ABI | 11/29/17-12/1/17 | Palm Springs, CA | Winter Leadership Conference | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Signature Bank | Mortgage on Investment Property [        ] LLC | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Israel Bonds | A | Interest | J | T | | | | | |
| 2. | ▓▓▓▓▓▓ LLC, Cook County, Illinois | E | Rent | N | W | | | | | |
| 3. | Focused Retail Prop LLC (JAE interest) | A | Distribution | L | W | | | | | |
| 4. | DLT IRA R/O | | | | | | | | | |
| 5. | Washington Mut. Invs. Fund Inc. (f/k/a American WA Mutual F2) | | None | | | Sold (part) | 06/12/17 | J | | |
| 6. | | A | Int./Div. | K | T | | | | | |
| 7. | Davis New York Venture Y | | None | | | Sold | 06/19/17 | K | | |
| 8. | Pimco Equity Ser | A | Int./Div. | K | T | Buy | 10/6/17 | K | | |
| 9. | Harding Loevier Emerg. Mkts | A | Int./Div. | K | T | | | | | |
| 10. | Touchstone Sands Cap Sel Gr | | None | K | T | | | | | |
| 11. | Stanley Black & Decker Inc. | | None | | | Sold | 06/19/17 | J | A | |
| 12. | Tyson Foods Inc. | | None | | | Sold | 06/19/17 | J | A | |
| 13. | Blackrock Global Allocation I | | None | | | Sold | 06/12/17 | K | | |
| 14. | Calamos Global Growth & Inc. I | | None | | | Sold | 06/19/17 | K | | |
| 15. | First Trust ETF/Dow Jones Internet Inde Fund | | None | M | T | | | | | |
| 16. | | | None | | | Buy (add'l) | 02/06/17 | K | | |
| 17. | | | None | | | Buy (add'l) | 06/19/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Buy (add'l) | 10/06/17 | K | | |
| 19. IShares IBOXX S Investment/Grade Corporate Bond ETF | B | Dividend | K | T | | | | | |
| 20. IShares U.S. Preferred Stock ETF | C | Dividend | K | T | | | | | |
| 21. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 22. IShares Tips Bond ETF | B | Dividend | L | T | Buy | 06/19/17 | L | | |
| 23. IShares MSCI Europe Financial | | None | K | T | Buy | 02/06/17 | K | | |
| 24. Nuveen Floating Rate Income Opportunity FD | D | Dividend | K | T | | | | | |
| 25. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 26. Powershares QQQ Trust Series 1 | A | Dividend | L | T | | | | | |
| 27. UST Post Holdings Inc. (f/k/a Post Hldings Inc. Equity Unit) | | None | | | Sold | 06/01/17 | J | | |
| 28. Select Sector SPDR TRUST/The Financial Select Sector SPDR Fund | B | Dividend | M | T | | | | | |
| 29. | | | | | Buy (add'l) | 10/17/17 | L | | |
| 30. SPDR S&P Regional Banking ETF (KRE) | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 31. Sector SPDR Trust SBI Consumer Staples | | None | | | Sold | 10/06/17 | L | C | |
| 32. SPDR S&P 500 ETF Trust | B | Dividend | M | T | | | | | |
| 33. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 34. | | | | | Buy (add'l) | 10/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard World Funds | A | Dividend | K | T | | | | | |
| 36. Vanguard Index Funds/Vanguard Growth ETF | B | Dividend | L | T | | | | | |
| 37. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 38. | | | | | Buy (add'l) | 06/19/17 | K | | |
| 39. Vangaurd Sector Index FDS/Vanguard REIT ETF | C | Dividend | K | T | | | | | |
| 40. | | | | | Buy (add'l) | 10/06/17 | K | | |
| 41. Vanguard Index Funds/Vanguard Mid-Cap Value ETF | B | Dividend | L | T | | | | | |
| 42. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 43. Vanguard Index Funds/Vanguard High Dividend Yield ETF | B | Dividend | L | T | | | | | |
| 44. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 45. Vanguard Intl Equity Ind. Fund | C | Dividend | M | T | | | | | |
| 46. | | | | | Buy (add'l) | 06/19/17 | K | | |
| 47. | | | | | Buy (add'l) | 10/06/17 | K | | |
| 48. Sterling Bank Poplar Bluff Mo.CD | A | Interest | K | T | Buy | 06/19/17 | K | | |
| 49. JAE IRA R/O | | | | | | | | | |
| 50. ALPS ETF TR ALERIAN MLP (AMLF) | C | Int./Div. | K | T | | | | | |
| 51. First Trust Morningstar Dividend Leaders Index Fund (FDL) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Trust ETF Dow Jones Index Fund | | None | | | Sold | 03/06/17 | L | D | |
| 53. First Trust Prefered Securities and Income ETF (FPE) | D | Int./Div. | M | T | | | | | |
| 54. | | | | | Buy (add'l) | 02/14/17 | L | | |
| 55. IShares MSCI EAFE ETF (EUFN) | C | Int./Div. | M | T | | | | | |
| 56. ISHARES MSCI Emerging Markets (EEM) | | None | | | Sold | 09/07/17 | L | E | |
| 57. ISHARES TIPS Bond ETF (TIP) | B | Int./Div. | L | T | Buy | 06/20/17 | L | | |
| 58. ISHARES IBOXX $ Investment Grade Corp. Bond ETF (LQD) | | None | | | Sold | 10/06/17 | K | B | |
| 59. Nuveen Floating Rate Income Opportunity Fund (JRO) | D | Int./Div. | L | T | | | | | |
| 60. PowerShares QQQ Trust Series 1 (QQQ) | A | Int./Div. | L | T | | | | | |
| 61. Select Sector SPDR Trust - The Healthcare Select Sector (XLV) | B | Int./Div. | M | T | | | | | |
| 62. SPDR Series Trust - SPDR Barcleys Convertable Securities ETF (CWB) | | None | | | Sold | 09/07/17 | L | D | |
| 63. SPDR Dow Jones INDL Average ETF TR Unit Ser. 1 (DIA) | C | Int./Div. | M | T | | | | | |
| 64. SPDR Series Trust Bloomberg Barclays Short Term High Yield Bond ETF | | None | | | Sold | 02/14/17 | L | B | |
| 65. SPDR S&P 500 ETF Trust (SPY) | B | Int./Div. | M | T | | | | | |
| 66. Vanguard Sector Index Funds REIT ETF (VNQ) | B | Int./Div. | L | T | | | | | |
| 67. Vanguard Index Funds Mid-cap Value ETF (VOE) | B | Int./Div. | M | T | | | | | |
| 68. Vanguard Intl Equity Index FD ETF (VGK) | B | Int./Div. | L | T | Buy | 06/20/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Shortterm Corp. Bond ETF (VCSH) | B | Int./Div. | L | T | | | | | |
| 70. | | | | | Sold (part) | 11/08/17 | L | | |
| 71. Vanguard Sector Index Funds -- Energy ETF (VDE) | C | Int./Div. | L | T | | | | | |
| 72. | | | K | T | Buy | 11/08/17 | K | | |
| 73. Vaneck Vectors ETRF TR | | None | | | Sold | 11/08/17 | K | | |
| 74. JPMorgan Deposit Account | | None | N | T | | | | | |
| 75. Bank of America Corporation SR Unsecured | | None | | | Sold | 05/09/17 | K | | |
| 76. EXELON Generation Company LLC | A | Int./Div. | K | T | | | | | |
| 77. Walgreens Boots Aliance Inc. SR Unsecured | A | Int./Div. | K | T | | | | | |
| 78. AB Large-CAP Growth ADV (APGYX) | | None | L | T | | | | | |
| 79. William Blair Funds (International Growth Fund) | | None | | | Sold | 06/20/17 | J | A | |
| 80. Fundamental Inv. F2 | A | Int./Div. | J | T | Sold (part) | 06/12/17 | J | | |
| 81. Janus Invt Fund | | None | J | T | | | | | |
| 82. Lazard Emerging Mkts Eq. I | | None | | | Sold | 09/07/17 | J | B | |
| 83. Loomis Sayles Sm Cap. Val. Inst | | None | | | Sold | 06/12/17 | J | A | |
| 84. PIMCO E.S.Long/Short Fund Institutional (PMHIX) | | None | L | T | Buy | 09/08/17 | L | | |
| 85. OTHER | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northwestern Mutual Extra Ordinary Life (214) | C | Dividend | M | T | | | | | |
| 87. Northwestern Mutual Extra Ordinary Life (246) | D | Dividend | M | T | | | | | |
| 88. Northwestern Ord Life- Former EOL (829) | C | Dividend | M | T | | | | | |
| 89. Northwestern Whole Life | C | Dividend | M | T | | | | | |
| 90. Signature Bank (Private Stock) | | None | L | U | | | | | |
| 91. Millennium Trust Company, LLC FBO Deborah Thorne IRA | | | | | | | | | |
| 92. -- Focus Real Estate Investment | | None | L | U | | | | | |
| 93. Inherited IRA (WAT/DLT) | | | | | | | | | |
| 94. American Express Co (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 95. Citigroup Inc. Com New (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 96. JPMorgan Chase & Co. (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 97. Lloyds Banking Group PLC Sponsored ADR (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 98. UBS AG London BRH FI Enhanced Large (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 99. VISA Inc. Com CL A( X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 100. Wells Fargo Co. New Com (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 101. Apple Inc. (X) | A | Dividend | | | Sold | 06/20/17 | J | | |
| 102. Barclays BK PLC Barclays ETN (X) | | None | | | Sold | 06/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Barclays BK PLC Barclays ETN (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 104.  BASF SE Slpon. ADR (X) | | None | | | Sold | 08/24/17 | J | | |
| 105.  Bayer AG Spon (X) | | None | | | Sold | 08/24/17 | J | | |
| 106.  Cisco Sys. Inc. Com (X) | | None | | | Sold | 08/24/17 | J | | |
| 107.  Coca Cola Co (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 108.  Comcast Corp New CL A (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 109.  Daimler AG Unsp ADR Each Rep 1 Ord SHS (X) | | None | | | Sold | 08/24/17 | J | | |
| 110.  Exxon Mobil Corp (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 111.  Glaxosmithkline ADR Each CNV INTO 2 Ord (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 112.  Intel Corp (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 113.  ISHARES IBOXX INVESTMENT GRADE Corp. Bond ETF (X) | A | Int./Div. | | | Sold | 08/24/17 | J | | |
| 114.  ISHARES TR IBOXX HI YD ETF (X) | A | Int./Div. | | | Sold | 08/24/17 | J | | |
| 115.  ISHARES TR MBS ETF (X) | A | Int./Div. | | | Sold | 08/24/17 | J | | |
| 116.  LVMH Moet Hennessy Vuitton SE ADR Each (X) | | None | | | Sold | 08/24/17 | J | | |
| 117.  Merick & Co. Inc. New Com (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 118.  Microsoft Corp. (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 119.  Novo-Nordisk A. S. ADR (X) | A | Dividend | | | Sold | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Oracle Corp. Com. (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 121. Procter & Gamble Co. Com. (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 122. Qualcomm. Inc. (X) | | None | | | Sold | 08/24/17 | J | | |
| 123. Reckitt Benckiser Group PLC Sponsored (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 124. Roche Hldg Ltd Sponsored ADR (X) | | None | | | Sold | 08/24/17 | J | | |
| 125. Sanofi Sponsored ADR (X) | | None | | | Sold | 08/24/17 | J | | |
| 126. Siemens AG Spon. ADR Each Rep 1 Ord SHS (X) | | None | | | Sold | 08/24/17 | J | | |
| 127. South32 Ltd Spon Adr Ea Repr 5 ORD (X) | | None | | | Sold | 08/24/17 | J | | |
| 128. Tier Reit Inc. Com New (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 129. UBS Group CHFO.10 REGD (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 130. United Technologies Corp Com USD1 (X) | A | Dividend | | | Sold | 08/24/17 | J | | |
| 131. Fidelity Government Cash Reserves (X) | A | Dividend | | | Closed | 08/24/17 | J | | |
| 132. Vanguard Value ETF (VTV) | | None | J | T | Buy | 08/24/17 | J | | |
| 133. IShares Barklays Aggregate Bond Fund (AGG) | | None | J | T | Buy | 08/24/17 | J | | |
| 134. Vanguard Total Stock Market ETF (VTI) | | None | J | T | Buy | 08/24/17 | J | | |
| 135. Vanguard Mid-Cap Value ETF (VOE) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 136. Vanguard Total International Bond ETF (BNDX) | A | Dividend | J | T | Buy | 08/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Vanguard SH.T.Inf.P.S.I ETF (VTIP) | | None | J | T | Buy | 08/24/17 | J | | |
| 138.  Vanguard Small-Cap. Value (VBR) | | None | J | T | Buy | 08/24/17 | J | | |
| 139.  VANGUARD TAX-MA/FTSE DEVELOPED (VEA) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 140.  Vanguard Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 141.  IShares Emerging Markets USD Bond ETF (EMB) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 142.  IShares US Total Bond Market ETF (BND) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 143. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 07/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2: Real property owned by LLC is located in Chicago, Illinois

Part VII (Prior 2016 Amended Report), Line 4: Barnes & Thornburg LLP Capital Account was liquidated in 2016 as it was the capital account from my prior partnership in Barnes & Thornburg LLP. It no longer exists.

Part VII, Line 71 in my 2017 Report should have been inclued in prior 2016 amended report: Vanguard Sector Index Funds -- Energy ETF (VDE) was purchased on 3/22/16 and 6/2/16. I should have listed the purchases for values that should have been listed in column D(3) as K

Part VII, Line 73 in my 2017 Report should have listed as an additional purchase of Vaneck Vectors ETRF TR which was a purchase made on June 2, 2016 and the value should have been listed in column D(3) as K.

Part VII, Line 30 should have been listed as SPDR S&P Regional Banking ETF

Part VII, Line 132, VANECK Vectors ETF TR - Pharmaceutical ETF was purchased 6/2/2016 and was sold on 11/10/2017 and should have been listed in column D(3) as K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Deborah L. Thorne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544